# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

Lisa Marie Luttrell                                                                                         Plaintiff

v.                              CASE NO. 3:13CV00125 JTR

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration                                                               Defendant

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 12th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE